No. 918. THE PEOPLE, APPELLEE, v. CANALES, APPELLANT.—Assault and battery. Humacao.

No. 935. THE PEOPLE, APPELLEE, v. PADILLA, APPELLANT.—Violation of the Law of Weights and Measures. Mayagüez.
January 17, 1916. Judgments affirmed.

No. 1445. NADAL, APPELLANT, IN RE CABASSA, PLAINTIFF, v. CABASSA ET AL., DEFENDANTS.—Nullity. Mayagüez. January 19, 1916. Appeal withdrawn.

No. 989. THE PEOPLE, APPELLEE, v. FUENTES, APPELLANT.—Violation of section 370 of the Penal Code. Humacao. January 20, 1916. Appeal dismissed.

No. 1448. DE LA HABA, APPELLEE, v. PÉREZ, APPELLANT.—Damages. San Juan, Section 1. January 21, 1916. Appeal dismissed.

No. 869. THE PEOPLE, APPELLEE, v. RIVERA, APPELLANT.—Breach of peace. Arecibo.

No. 899. THE PEOPLE, APPELLEE, v. AYBAR, APPELLANT.—Assault and battery. San Juan, Section 2.

No. 943. THE PEOPLE, APPELLEE, v. DEL MORAL, APPELLANT.—Violation of municipal ordinances. Mayagüez.

No. 947. THE PEOPLE, APPELLEE, v. VÉLEZ, APPELLANT.—Adulteration of milk. San Juan, Section 2.
January 25, 1916. Judgments affirmed.

No. 913. THE PEOPLE, APPELLEE, v. GARCÍA, APPELLANT.—Carrying prohibited weapons. Humacao. January 25, 1916. Judgment modified.